IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>MLP-TWO, LLC,<br><br>        Defendant.<br>_____ | 2:09-cv-01786-GEB-JFM<br><br><u>ORDER TO SHOW CAUSE AND</u><br><u>CONTINUING FINAL PRETRIAL</u><br><u>CONFERENCE</u> |

        The Status (Pretrial Scheduling) Order filed on September 29, 2009, scheduled a final pretrial conference in this case for June 13, 2011, and required the parties to file a joint final pretrial statement "not later than seven (7) days prior to the final pretrial conference." (ECF No. 10.)  No joint final pretrial statement was filed as required.

        Therefore, the parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on June 15, 2011, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a final pretrial statement. The written response shall also state whether the parties or their counsel are at fault, and whether a hearing is requested on the OSC. If a hearing is requested, it will be held on July 25, 2011, at 1:30 p.m., just prior to the final pretrial conference, which is rescheduled to that date and time. A joint final

1  pretrial statement shall be filed no later than seven (7) days prior to
2  the final pretrial conference.
3          IT IS SO ORDERED.
4  Dated:  June 9, 2011
5
6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge